Entered on Docket July 29, 2019

**Submitted But not Entered.**

_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED:  Claim objection is based upon rejection of a contract which requires a motion and notice of a hearing.  FRBP 6006.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

HAMMERSCHMIDT, Pavel & Heidi E.,

Debtors.

NO.  19-11855

**ORDER RE PROOF OF CLAIM**

This matter having come on duly and regularly before the Honorable Christopher M. Alston of the above entitled Court and the Court being duly advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Objection is sustained; it is

ORDERED that the Proof of Claim filed by JP Morgan Chase Bank N.A. and docketed as Proof of Claim # 3 is allowed as a secured claim in the amount of $14,935.13 and as an unsecured claim in the amount of $623.92.

///END OF ORDER///

ORDER RE PROOF OF CLAIM - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234   Fax: 941-0476

**Submitted But not Entered.**

Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Debtor

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

ORDER RE PROOF OF CLAIM - 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234  Fax: 941-0476

Case 19-11855-CMA    Doc 30    Filed 07/29/19    Ent. 07/29/19 10:40:57    Pg. 2 of 2